SILVIO DE VITA, DEFENDANT-PETITIONER, v. EUGENE T. URBANIAK, DEPUTY STATE ATTORNEY GENERAL, *ETC.*, PLAINTIFF-RESPONDENT.

*Mr. Silvio DeVita in propria persona.*

*Mr. Arthur J. Sills and Mr. Eugene T. Urbaniak* for the respondent.

January 14, 1969. Denied.